UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>            Plaintiff,<br><br>      v.<br><br>SOTO, et al.,<br><br>            Defendants. | Case No. CV 15-08379-CBM (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed Plaintiff's Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED Plaintiff's official capacity claims are DISMISSED without leave to amend.

Dated: April 8, 2016

_____
HON. CONSUELO B. MARSHALL
United States District Judge