UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SOTO, et al.,<br><br>　　　　　　　Defendant(s). | Case No. CV 15-8379-CBM (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that

1.　Defendants' Motion to Dismiss is GRANTED in part and DENIED in part;

2.　Defendants' Motion to Dismiss is DENIED as to Plaintiff's (a) First and Fourteenth Amendment access to courts claim against defendant Rowe, (b) First Amendment retaliation claim against Defendants, and (c) Fourteenth Amendment due process claim against defendant Martinez;

3. Plaintiff's Fourteenth Amendment deptrivation of property and Eighth Amendment cruel and unusual punishment claims against defendant Harris are DISMISSED with prejudice and without leave to amend;

4. All additional First, Eighth, or Fourteenth Amendment claims against Defendants are DISMISSED without prejudice.

Dated: 11/15/17

HON. CONSUELO B. MARSHALL
United States District Judge