UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SOTO, ET AL.,<br><br>　　　　　Defendants. | Case No. CV 15-8379-CBM (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the original Report and Recommendation to which Plaintiff has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Third Amended Complaint is dismissed with prejudice.

Dated: May 28, 2019

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge