JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN, | Case No. CV 15-8379-CBM (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| SOTO, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 28, 2019

HONORABLE CONSUELO B. MARSHALL
United States District Judge